```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
        Plaintiff,             )      2:01CR00172-S
                                )
   v.                           )
                                )
JOSEPH KENNEDY                  )
LEON KENNEDY                    )
RICKY W. HARRINGTON             )
SHARMANE J. ROBINSON, AND       )
CHRISTOPHER L. ARRIGHI          )
                                )
        Defendants.            )
_____ )

## FINAL ORDER OF FORFEITURE

WHEREAS, on July 6, 2005, this Court entered a Preliminary Order of Forfeiture, ordering defendant Sharmane J. Robinson to forfeit one 1995 Dodge Intrepid, VIN: 1B3HD56F2SF538054;

The United States caused to be published in the <u>Montgomery Advertiser</u> newspaper notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

No timely petition has been filed; and,

The Court finds that defendant Sharmane J. Robinson had an interest in the property that is subject to forfeiture

pursuant to Title 21, United States Code, Section 853; and, that the United States has established the requisite nexus between such in the commission of the violation of Title 21, United States Code, Section 841 and Title 21, United States Code, Section 846.

    IT IS ORDERED that one 1995 Dodge Intrepid, VIN: 1B3HD56F2SF538054 is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853.

    IT IS FURTHER ORDERED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

    IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

    IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

    DATED this the 15th day of September, 2005.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court